# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: CYNTHIA TRIPP KAMPF § Case No. 12-01021
§ Hon. EUGENE R. WEDOFF
§ Chapter 7
§

Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 09/11/2013 in Courtroom 744, Dirksen Federal Building Courthouse, 219 S. Dearborn Street
Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/19/2013     By: Clerk U. S. Bankruptcy Court
                                (Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
19 S. LaSalle Street
Suite 902
Chicago, IL 60603

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
NORTHERN   DISTRICT OF   ILLINOIS
EASTERN DIVISION

In re:   CYNTHIA TRIPP KAMPF   §   Case No. 12-01021
                               §   Hon. EUGENE R. WEDOFF
                               §   Chapter 7
                               §
Debtor(s)

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---:|
| *The Final Report shows receipts of* | $459,314.03 |
| *and approved disbursements of* | $54,071.17 |
| *leaving a balance on hand of* [1] | $405,242.86 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| NONE | | $0.00 | $0.00 | $0.00 | $0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $405,242.86 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| *Trustee, Fees*  ALLAN J. DeMARS | $31,330.16 | $0.00 | $31,330.16 |
| *Trustee, Expenses*  ALLAN J. DeMARS | $56.66 | $0.00 | $56.66 |
| *Attorney for Trustee, Fees*  ALLAN J. DeMARS | $35,690.00 | $0.00 | $35,690.00 |
| *Attorney for Trustee, Expenses*  ALLAN J. DeMARS | $0.00 | $0.00 | $0.00 |
| *Accountant for Trustee, Fees*  LOIS WEST | $2,592.00 | $0.00 | $2,592.00 |
| *Accountant for Trustee, Expenses*  LOIS WEST | $0.00 | $0.00 | $0.00 |
| *Auctioneer, Fees* | | | |
| *Auctioneer, Expenses* | | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

| | |
|---|---|
| *Charges,* <u>*U.S. Bankruptcy Court*</u> | |
| *Fees,* <u>*United States Trustee*</u> | |
| Other | |
| Total to be paid for chapter 7 administrative expenses: | $69,668.82 |
| Remaining balance: | $335,574.04 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Total Requested* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|
| *Attorney for Debtor, Fees* | | | |
| *Attorney for Debtor, Expenses* | | | |
| *Attorney for          , Fees* | | | |
| *Attorney for          , Expenses* | | | |
| *Accountant for          , Fees* | | | |
| *Accountant for          , Expenses* | | | |
| Other | | | |
| Total to be paid for prior chapter administrative expenses: | | | $0.00 |
| Remaining balance: | | | $335,574.04 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling _____$0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | | $0.00 |
| Remaining balance: | | $335,574.04 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $282,532.80 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Stout Risius Ross | $202,431.48 | $0.00 | $202,431.48 |
| 2 | Rinella and Rinella, Ltd. | $41,163.84 | $0.00 | $41,163.84 |
| 3 | Accelerated Rehabilitation Centers, Ltd. | $192.00 | $0.00 | $192.00 |
| 6 | Miller, Shakman & Beem LLP | $38,745.48 | $0.00 | $38,745.48 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $282,532.80 |
| Remaining balance: | $53,041.24 |

Tardily filed claims of general (unsecured) creditors totaling $400,892.02 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 13.2 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | Novack and Macey LLP | $400,692.02 | $0.00 | $53,014.77 |
| 8 | Philip Kampf | $200.00 | $0.00 | $26.47 |

|  |  |
|---|---|
| Total to be paid for tardily filed general unsecured claims: | $53,041.24 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____$0.00_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be __0__ percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

Prepared By: /s/ ALLAN J. DeMARS
Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
19 S. LaSalle Street
Suite 902
Chicago, IL 60603

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 12-01021-ERW
Cynthia Tripp Kampf                                                       Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mgonzalez              Page 1 of 3              Date Rcvd: Aug 19, 2013
                              Form ID: pdf006              Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2013.
```
db         +Cynthia Tripp Kampf,    18 North Ada Street,    Apt 1A,    Chicago, IL 60607-2141
aty        +Popowcer Katten Ltd,    Popowcer Katten Ltd,    35 E Wacker Dr, Ste 902,    Chicago, IL 60601-2120
18357761   +Accelerated Rehab Center,    2396 Momentum Place,    Chicago, IL 60689-5325
18749098  +++BMW Financial Services NA, LL,    PO Box 201347,    Arlington, TX 76006-1347
18724626   +BMW Financial Services NA, LLC,    P.O. Box 201347,    Arlington, TX 76006-1347
18357763    Chase Home Finance LLC,    P O Box 9001871,    Louisville, KY 40290-1871
18357764   +Dean D Sana DDS,    30 N Michigan Avenue,    Suite 2010,    Chicago, IL 60602-3609
18357765   +Dr Jan L Iwata,    4600 N Clarendon,    Suite 1202,    Chicago, IL 60640-5762
18357766  ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
             GRAND RAPIDS MI 49546-6253
             (address filed with court: Fifth Third Bank,    Attn Bankruptcy,    38 Fountain Sq Plaza,
             Cincinnati, OH  45263)
18357767   +Harris & Harris,    222 Merchandise Mart Plaza,    Suite 1900,    Chicago, IL 60654-1421
18845283  +++INDEPENDENT MORTGAGE COMPANY,    c/o Weltman Weinberg & Reis Co LPA,    180 N LaSalle St #2400,
             Chicago, IL 60601-2704
18357768   +Illinois Bone & Joint,    5057 Paysphere Circle,    Chicago, IL 60674-0050
18357769   +Independent Bank,    230 West Main Street,    P O Box 491,    Ionia, MI 48846-0491
20636831    Internal Revenue Service,    Box 8044527,    Cincinnati, OH 45280-4527
18357770    Kathryn Tripp,    901 Indiana Ave,    Macatawa, MI  49434
18357771   +McClellan Orthodontics,    450 Green Bay Road,    Kenilworth, IL 60043-1074
18357772   +Michigan Avenue Internists,    200 South Michigan Ave,    Suite 805,    Chicago, IL 60604-2418
18357773   +Miller Johnson,    250 Monroe Ave NW,    Suite 800,    Grand Rapids, MI 49503-2283
18357774   +Miller Shakman & Beem LLP,    180 N LaSalle Street,    Suite 3600,    Chicago, IL 60601-2805
18357776   +Northern Trust,    Attn Bankruptcy Notice,    50 South LaSalle Street,    Chicago, IL 60603-1003
18357778    Partnership Employment Chicago,    P O Box 2392,    New York, NY 10116-2392
18357779   +Perrin Trucking,    P O Box 431,    Kenilworth, IL 60043-0431
19455902   +Philip Kampf,    c/o Deborah K. Ebner, Esq.,    Law Office of Deborah Kanner Ebner,
             11 East Adams Street #904,    Chicago IL 60603-6306
18357760   +Richard D. Grossman,    225 West Wacker Drive,    Suite 1550,    Chicago, IL 60606-1269
18357780   +Rinella and Rinella Ltd,    1 North LaSalle Street,    Suite 3400,    Chicago, IL 60602-4018
18357781   +Stout Risius Ross,    4000 Town Center,    20th Floor,    Southfield, MI 48075-1415
18520978  +++Stout Risius Ross,    Hall Adams Law Office of Hall Adams,    33 North Dearborn Street Ste 2350,
             Chicago, IL 60602-3110
18357782   +The Barry Condominium Inc,    c/o David Sugar Reg Agent,    120 S Riverside Plaza Ste 1200,
             Chicago, IL 60606-3910
18357783   +Torreson Marine,    Attn Kathleen Torreson,    3003 Lakeshore Dr,    Muskegon, MI 49441-1198
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18357762    E-mail/Text: bankruptcynotices@bmwfs.com Aug 20 2013 01:56:06     BMW Financial Services,
             P O Box 713224,    Columbus, OH  43271-3224
18377367   +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Aug 20 2013 11:44:18
             BMW Financial Services, NA LLC Department,    c/o Ascension Capital Group,    P.O. Box 201347,
             Arlington, TX 76006-1347
20636830    E-mail/Text: cio.bncmail@irs.gov Aug 20 2013 01:41:47     Internal Revenue Service,    Box 7346,
             Philadelphia, PA 19101-7346
20636832    E-mail/Text: cio.bncmail@irs.gov Aug 20 2013 01:41:48     Internal Revenue Service,    PO Box 7317,
             Philadelphia, PA 19101-7317
18357775    E-mail/Text: bankrup@aglresources.com Aug 20 2013 01:44:26     Nicor Gas,    Attn Bankruptcy Dept,
             P O Box 190,    Aurora, IL 60507-0190
18357777   +E-mail/Text: dtarkington@novackmacey.com Aug 20 2013 01:49:51     Novack and Macey LLP,
             100 N Riverside Plaza,    Chicago, IL 60606-1501
                                                                                               TOTAL: 6
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty         Lois West
18357759*  +Cynthia Tripp Kampf,    18 North Ada Street,    Apt 1A,    Chicago, IL 60607-2141
18738604*   Rinella and Rinella, Ltd.,    1 North LaSalle Street, Suite 3400,    Chicago, IL 60602-4018
                                                                                     TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Certificate of Notice    Page 7 of 8

```
District/off: 0752-1          User: mgonzalez             Page 2 of 3             Date Rcvd: Aug 19, 2013
                              Form ID: pdf006            Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 21, 2013**                    **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: mgonzalez           Page 3 of 3                  Date Rcvd: Aug 19, 2013
                              Form ID: pdf006           Total Noticed: 35
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2013 at the address(es) listed below:

         Allan J DeMars    on behalf of Trustee Allan J DeMars alland1023@aol.com
         Allan J DeMars    alland1023@aol.com
         Danielle Juhle    on behalf of Creditor Kathryn  Tripp danielle.juhle@goldbergkohn.com,
         kristina.bunker@goldbergkohn.com
         James B. Sowka    on behalf of Creditor   The Northern Trust Company jsowka@seyfarth.com,
         chidocket@seyfarth.com;ctholen@seyfarth.com
         Mark Steven Wheeler    on behalf of Debtor Cynthia  Tripp Kampf mark@wheelerandpatel.com,
         dipali@wheelerandpatel.com
         Melissa B Pryor    on behalf of Creditor   Miller Shakman & Beem LLP mpryor@millershakman.com
         Monette W Cope    on behalf of Creditor   INDEPENDENT MORTGAGE COMPANY, AND ITS SUCCESSORS AND
         ASSIGNEES ecfnil@weltman.com
         Monette W Cope    on behalf of Creditor   INDEPENDENT MORTGAGE COMPANY ecfnil@weltman.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
         Richard D. Grossman    on behalf of Debtor Cynthia  Tripp Kampf rgrossman@buildersbank.com,
         bfahy2001@yahoo.com;rgat135@aol.com

                                                                                                    TOTAL: 10